UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>JOSHUA DAVIS,   )<br>   )<br>   Defendant.   )  | Case No. 4:20 CR 325 CDP |

### ORDER

This matter is before the Court on defendant Joshua Davis' Motion to Suppress Evidence and Statements [36].

All pretrial motions were referred to United States Magistrate Judge Noelle C. Collins under 28 U.S.C. § 636(b).   Judge Collins conducted an evidentiary hearing on these motions on August 18, 2021 and a transcript of that proceeding was filed on August 20, 2021.   Judge Collins then filed a Report and Recommendation on defendant Davis' motion, recommending that the motion be denied.   No party has objected to the recommended dispositions of this motion and the time for doing so has expired.

Based on my review of the record before Judge Collins, I conclude that her reasoning and conclusions are entirely correct.   As there are no objections to

recommendation, I will adopt and sustain the thorough reasoning of Magistrate Judge Collins and will deny the motion to Suppress Evidence and Statements.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [68] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Joshua Davis' Motion to Suppress Evidence and Statements [36] is **DENIED.**

**IT IS FURTHER ORDERED** that unless this matter is set for a possible change of plea and removed from the trial docket, the **jury trial** in this matter remains set for **Monday, March 7, 2022 at 8:30 a.m.** and the **final pretrial and *Frye* hearing** remains set for **Monday, January 24, 2022 at 1:00 p.m.** by video.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2022.